**250-15**

# ELECTRONIC RECORD

COA #   05-13-01496-CR          OFFENSE:   49.04

STYLE:   Deborah Aileen Johnson v. The
         State of Texas          COUNTY:   Collin

COA DISPOSITION:   AFFIRM        TRIAL COURT:   County Court at Law No. 5

DATE: 2/03/2015          Publish: NO   TC CASE #:   005-84064-2012


# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Deborah Aileen Johnson v. The
         State of Texas          CCA #:   **250-15**

_____APPELLANT'S_____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE:   _____

_____REFUSED_____              JUDGE:   _____

DATE: _04/22/2015_            SIGNED: _____        PC: _____

JUDGE: _____              PUBLISH: _____        DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD